827 A.2d 372

Robert BENCHOFF, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

No. 210 MAP 2002.

Supreme Court of Pennsylvania.

April 21, 2003.

## ORDER

PER CURIAM.

AND NOW, this 21st day April, 2003, probable jurisdiction is noted and the order appealed is affirmed.